**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **TERRY BREWER and Je'TAUN BREWER,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 14 C 9296 |
| **VILLAGE OF FLOSSMOOR and DETECTIVE KARNER,** | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Terry and Je'Taun Brewer (collectively "Brewers") have employed the form "Complaint for Violation of Constitutional Rights" made available by the Clerk's Office for use by pro se plaintiffs to sue the Village of Flossmoor ("Flossmoor") and its Detective Karner ("Karner") under 42 U.S.C. § 1983. Brewers have accompanied their Complaint with an In Forma Pauperis Application ("Application"), again using a Clerk's-office-supplied form.

Because the Application reflects an inability on Brewers' part to pay the $400 filing fee in this action,[1] it is granted. But because nothing in Brewers' allegations implicates the Village itself in their claims of a deprivation of their constitutional rights (and relatedly because Complaint ¶ 7 is left blank), this action will proceed only against individual defendant Karner unless Brewers hereafter state some predicate for targeting the municipality as well. This Court

---

[1] It is true that Brewers have failed to follow the Application's instructions to respond to each of the subparts of its Question 4, and they are ordered to do so promptly, failing which this Court would be required to reconsider the granting of the Application in this memorandum order. For that purpose a copy of the Judge's Copy of the Application is being transmitted to Brewers together with a copy of this memorandum order, so that the Application form can be completed appropriately and promptly returned to the Clerk's Office.

is contemporaneously (1) issuing its customary initial scheduling order and (2) sending Brewers the form that the United States Marshals Service requires to serve process on defendant Karner.

                                                 Milton I. Shadur
                                                 Senior United States District Judge

Date:  November 24, 2014